**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                                    CASE NO.:  26-10219-BKC-SMG
                                                                           PROCEEDING UNDER CHAPTER 13

ROSSLYN BROWN
XXX-XX-5642


____DEBTOR_____/

### CHAPTER 13 TRUSTEE'S MOTION TO DENY CONFIRMATION
### OF PRO-SE CHAPTER 13 PLAN AND DISMISS CASE

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee ("Trustee") in the above-referenced bankruptcy case, and files the Chapter 13 Trustee's Motion to Deny Confirmation of Pro-Se Chapter 13 Plan and Dismiss Case pursuant to 11 U.S.C. § 1307(c), § 1307(e) and/or § 1325(b)(1) for the reasons set forth below:

### BACKGROUND

1. On January 9, 2026, the above-referenced Debtor(s) ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code ("Petition").  (ECF No. 1).

2. During the 11 U.S.C. § 341 Meeting of Creditors ("341 Meeting") conducted on March 20, 2026, Debtor stated his/her email address on record.

3. The Trustee's office emailed the Notice of Deficiencies ("Notice") to Debtor on March 2, 2026, March 30, 2026, and again on April 9, 2026, consistent with 11 U.S.C. § 1302(b)(4) . As such, the Trustee's office attempted to "advise, other than on legal matters, and assist the debtor in performance under the plan" as required.

4. To date, Debtor has failed to cure the deficiencies listed below.

### DEFICIENCIES

### ITEMS NOT FILED

Plan ("Plan"):

Debtor failed to file a First Amended Plan to address the Notice of Deficiencies provided to her.

Debtor Certificate of Compliance and Request for Confirmation of Chapter 13 Plan ("LF 67"): Debtor failed to file Local Form 67 as required by Local Rule 3015-3(B)(2).

### GENERAL PLAN ISSUES

The Plan contains calculation errors for months 1-36 (the Plan payments calculate to $898.96, not $817.23.

**SPECIFIC PLAN ISSUES**

Notices

One or more boxes are incorrectly checked for Non-standard Provisions should be marked as "Not Included" .

Treatment of Secured Claims

Other: The Plan fails to include regular monthly plan payments to Avalon Master HOA, Inc., but includes a proposed cure of arrears.

Treatment of Unsecured Non-Priority Claims

The Plan provides less than what is required under 11 U.S.C. § 1325(b)(1)(B). The Plan should provide $12,550.00, not $0.

**SCHEDULES**

Schedule C

Other: The Debtor's claim of personal property exemptions violates the provisions of 11 U.S.C. Section 522, F.S. Section 222.20, Florida Constitution, Article X, Section 4 and/or F.S. Section 222.061. The Debtor's claim of exemption in all personal property without citing statutory authority or case law violates the provisions of 11 U.S.C. Section 522, F.S. Section 222.20 and F.S. Section 222.30.

**PROOF OF CLAIM ("POC")**

A POC filed by U.S. Bank (POC No. 8) filed on March 16, 2026 differs from Plan.

Other: Untimely Proof of Claim No 10, filed by Avalon Master Homeowner Association, Inc. includes a higher arrearage, in the amount of $20,803.75, than what is reflected in the Plan at $7,293.00, and also indicates that regular monthly payments in the amount of $135.00 have not been paid directly to the Association and are not provided for in the Plan. Additionally, the Debtor has not objected to POC 10, nor has she filed a motion to allow the untimely POC.

**DENY CONFIRMATION AND DISMISS CASE**

1. Debtor failed to timely provide required documents, file necessary amendments and/or file an otherwise confirmable Plan, despite notice of these deficiencies and ample time to correct them. As such, Debtor has prevented the Trustee and interested parties from completing a thorough analysis of Debtor's case.

2. Although Debtor has the right to self-representation, Debtor is either unwilling or unable to file a confirmable Plan. Debtor's failure to file a confirmable plan and/or retain competent counsel has resulted in unreasonable delay, undue prejudice to creditors, an unnecessary burden on the Trustee's office and a waste of judicial economy.

3. As a result of the foregoing, the Trustee respectfully requests this Court deny confirmation of the Plan and dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee, Robin R. Weiner, respectfully requests this Honorable Court grant the Chapter 13 Trustee's Motion to Deny Confirmation of Pro-Se Chapter 13 Plan and Dismiss Case and for such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Chapter 13 Trustee's Motion to Deny Confirmation of Pro-Se Chapter 13 Plan and Dismiss Case was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 23rd day of April, 2026.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13
TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL
33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

Assistant U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

**DEBTOR**
ROSSLYN BROWN
10507 S.W 19TH STREET
MIRAMAR, FL  33025

**CREDITOR(S)**
AVALON MASTER HOMEOWNER ASSOCIATION, INC.
C/O STEVEN & GOLDWYN, P.A.
150 S PINE ISLAND RD, #410
PLANTATION, FL  33324

AVALON MASTER HOMEOWNER ASSOCIATION, INC.
LEIDERMAN LAW, PLLC
2699 STIRLING ROAD, SUITE C401
FORT LAUDERDALE, FL  33312

CAPITAL ONE BANK (USA) N.A.
BY AMERICAN INFOSOURCE
4515 N SANTA FE AVE.
OKLAHOMA CITY, OK  73118

CAPITAL ONE BANK (USA) N.A.
C/O AMERICAN INFOSOURCE LP
POB 71083
CHARLOTTE, NC  28272

CAVALRY SPV I, LLC
POB 27288
TEMPE, AZ  85282

CAVALRY SPV I, LLC
POB 4252
GREENWICH, CT  06831-2200

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

QUANTUM 3 GROUP LLC
POB 788
KIRKLAND, WA  98083-0788

QUANTUM3 GROUP LLC
POB 2489
KIRKLAND, WA  98083

SELECT PORTFOLIO SERVICING INC.
POB 65250
CODE: MC 240
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING, INC.
POB 65450
SALT LAKE CITY, UT  84165-0450

U.S. BANK TRUST NATIONAL ASSOCIATION
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA  30004