United States Bankruptcy Court

Southern District of Florida

In re:                                                                                  Case No. 26-10219-SMG

Rosslyn Brown                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                      User: admin                                    Page 1 of 2

Date Rcvd: May 13, 2026                 Form ID: pdf004                         Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosslyn Brown, 10507 S.W 19th Street, Miramar, FL 33025-1753 |
| 98570485 | + | Avalon Master Homeowner Association, Inc., c/o Stevens & Goldwyn, P.A., 150 S Pine Island Rd # 410, Plantation, FL 33324-2667 |
| 98410228 | + | Avalon Master, HOA, C/O Prism Community Management, P.O Box 21181, Tampa, FL 33622-1181 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 13 2026 23:13:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 98426628 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2026 23:18:09 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 98500085 | + | Email/Text: bankruptcy@cavps.com | May 13 2026 23:15:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 98453146 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 23:18:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 98417461 | | Email/Text: bnc-quantum@quantum3group.com | May 13 2026 23:14:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 98417460 | | Email/Text: bnc-quantum@quantum3group.com | May 13 2026 23:14:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 98410227 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 13 2026 23:15:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 98518345 | ^ | MEBN | May 13 2026 23:06:27 | U.S. Bank Trust Company, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 98419985 | + | Email/Text: RASEBN@raslg.com | May 13 2026 23:13:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Avalon Master Homeowner Association, Inc., c/o Stevens & Goldwyn, P.A., 150 S Pine Island Rd # 410, Plantation, FL 33324-2667 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 113C-0        User: admin        Page 2 of 2
Date Rcvd: May 13, 2026        Form ID: pdf004        Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| April Howard | on behalf of Creditor U.S. Bank Trust Company  National Association aharriott@raslg.com |
| April Howard | on behalf of Creditor U.S. BANK TRUST COMPANY  NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS aharriott@raslg.com |
| Jonathan S Leiderman | on behalf of Creditor Avalon Master Homeowner Association  Inc. jsl@leidermanlaw.net, zbs@shelomith.law;info@shelomith.law;jleiderman@ecf.inforuptcy.com;jsl@shelomith.law |
| Kimberly H Israel | on behalf of Defendant U.S. Bank Trust Company  National Association c/o Select Portfolio Servicing kim.israel@kaufmandolowich.com, jill.mcyeo@kaufmandolowich.com;natalie.nunley@kaufmandolowich.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | auto-forward-ecf@ch13weiner.com |

TOTAL: 6

Save for editing

Save for eFiling - Print to PDF

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: **Rosslyn Brown**   JOINT DEBTOR: _____   CASE NO **26-10219-SMG**

SS#: xxx-xx-**5642**   SS#: xxx-xx-_____

## I. NOTICES

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A.   **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

☐ +/- **1093.10** for months **1** to **36**,

☐ +/- _____ for months ____ to ____ ;

☐ +/- _____ for months ____ to ____ ;

B.   **DEBTOR(S)' ATTORNEY'S FEE:**   ☒ NONE   ☐ PRO BONO

| | | | |
|---|---|---|---|
| + | Total Fees: _____ | Total Paid: _____ | Balance Due: _____ |
| - | Payable _____ /month (Months ____ to ____ ) ☐ +/- | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

A.   **SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

Debtor(s): Rosslyn Brown  Case number: 26-10219

| | |
|---|---|
| + / - | **1. Creditor:** Select Portfolio Servicing, INC |

**Address:** P.O. Box 65450
Salt Lake City UT 84165

**Last 4 Digits of Account No.:** 6459

[Select Payment Type]

**Arrearage/ Payoff on Petition Date** 20,115.00
614.65 /month (Months 1 to 36)

**Other:** _____

☐ Real Property

☒ Principal Residence

○ Other Real Property

**Address of Collateral:** 10507 S.W. 19th Street Miramar, FL 33025

☐ Personal Property/Vehicle

**Description of Collateral:** _____

Check one below for Real Property:

☒ Escrow is included in the regular payments

○ The debtor(s) will pay ☐ taxes ☐ insurance directly

558.75
55.88

**B. VALUATION OF COLLATERAL:** ☒ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| | | |
|---|---|---|
| + / - | **1. Creditor:** Avalon Masters c/o Prism Comm MGMT. **Address:** P.O. Box 2118 Tampa, FL 33622 **Last 4 Digits of Account No.:** 1085 **Real Property** ☒ Principal Residence ○ Other Real Property **Address of Collateral:** | **Value of Collateral:** _____ **Amount of Creditor's Lien:** 10,143.85 **Interest Rate:** _____ Check one below: ○ Escrow is included in the monthly mortgage payment listed in this section ○ The debtor(s) will pay ☐ taxes ☐ insurance directly | **Payment** Total paid in plan: 458.45 + / - 416.74 /month (Months 1 to 36) arrears $1 281.44 Regular Payments $1 135.00 416.77 + 41.68 trustee payment |

**2. VEHICLES(S):** ☐ NONE

| | | |
|---|---|---|
| + / - | **1. Creditor:** _____ **Address:** _____ **Last 4 Digits of Account No.:** _____ **VIN:** _____ **Description of Collateral:** _____ Check one below: ○ Claim incurred 910 days or more pre-petition ○ Claim incurred less than 910 days pre-petition | **Value of Collateral:** _____ **Amount of Creditor's Lien:** _____ **Interest Rate:** _____ | **Payment** Total paid in plan: _____ + / - _____ /month (Months ___ to ___ ) |

LF-31 (rev. 04/01/22)  Page of

Debtor(s): _Rosslyn Brown_   Case number: _26-10219_

**3. PERSONAL PROPERTY:** ☐NONE

| + / - | 1. Creditor: _____ <br><br> Address: _____ <br> _____ <br> Last 4 Digits of Account No.: _____ <br> Description of Collateral: _____ <br><br> _____ <br><br> Check one below: <br> ○ Claim incurred less than one year pre-petition <br> ○ Claim incurred 1 year or more pre-petition | Value of Collateral: _____ <br> Amount of Creditor's Lien: _____ <br><br> Interest Rate: _____ | **Payment** <br> Total paid in plan: _____ <br> + / - _____ /month (Months <br> __ to __ ) |
|---|---|---|---|

**C. LIEN AVOIDANCE** ☒NONE

Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| + / - | 1. Creditor: _____ <br><br> Address: _____ <br> _____ <br> Last 4 Digits of Account No.: _____ | Collateral: _____ <br><br> Exemption: _____ |
|---|---|---|

**D. SURRENDER OF COLLATERAL:** ☒NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) ☐request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐Other: _____

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| + / - _____ | _____ | _____ |

**E. DIRECT PAYMENTS** ☒NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| + / - _____ | _____ | _____ |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☒NONE

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐NONE

| + / - | Name: _____ <br> Payment Address: _____ <br> Total Due: _____ <br> + / - Payable _____ /month (Months ___ to __ ) <br> + / - Payable _____ /month (Months ___ to __ ) |
|---|---|

Debtor(s): _Rosslyn Brown_    Case number: _26-10219_

**B. INTERNAL REVENUE SERVICE:** ☐NONE

| | |
|---|---|
| Total Due: _____ | Total Payment _____ |
| +/- Payable: _____ /month (Months ____ to ____ ) | |

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☐NONE    ☐CURRENT AND PAID OUTSIDE

| +/- | |
|---|---|
| | Name of Creditor: _____ |
| | Payment Address: _____ |
| | Total Due: _____ |
| +/- | Payable _____ /month (Months ___ to ___ ) |
| +/- | Regular Payment (if applicable) _____ /month (Months ___ to ___ ) |

**D. OTHER:** ☐NONE

| +/- | |
|---|---|
| | Name of Creditor: _____ |
| | Payment Address: _____ |
| | Total Due: _____ |
| +/- | Payable _____ /month (Months ___ to ___ ) |
| +/- | Regular Payment (if applicable) _____ /month (Months ___ to ___ ) |

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☒NONE

+/- Pay _____ /month (Months ____ to ____ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C. SEPARATELY CLASSIFIED:**    ☒NONE

| + | Name of Creditor: _____ |
|---|---|
| - | Payment Address: _____ |
| | Last 4 Digits of Account No.: _____ |
| | Basis for Separate Classification _____ |
| +/- | Payable _____ /month (Months ___ to ___ ) |

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. STUDENT LOAN PROGRAM**    ☒NONE

A. FEDERAL - Direct Pay    ☐None

LF-31 (rev. 04/01/22)                    Page of

Debtor(s): Rossin Brown    Case number: 26-10219

+ Name of student who benefitted from the loan (if different than the Debtor) _____

Name of Federal Student Loan Holder and/or Servicer: _____

Address: _____

Last 4 Digits of Account No.: _____

The debtor(s) filed the Local Form Notice of Income Driven Repayment Plan. All Federal Student loan payments shall be paid directly by the debtor(s) and the debtor(s) will be solely responsible for ensuring that the direct payments to the Federal Student Loan Holder(s) are received timely. The monthly IDR payment is set forth in the Local Form Notice of Income Driven Repayment Plan.

The debtor(s) expressly waive(s) any and all causes of action and claims against the Federal Student Loan Holder(s) and Servicer(s) for any alleged violation of the automatic stay under 11 U.S.C. § 362(a) with regard to and in consideration of the benefits of enrollment and participation in an IDR plan during the Chapter 13 case. Debtor(s) must file a certificate of service indicating that a copy of the plan was served in accordance with the provisions of Section IV of the Court's Student Loan Program Procedures.

The debtor(s) shall file annual recertifications on or before the anniversary date of any IDR plan until such time as the Department of Education establishes the automatic recertification of income for IDR borrowers. If the IDR plan payment changes after recertification or after the debtor(s) receive(s) the Department of Education annual certification, then, no later than 14 days after receiving notice of the payment change, the debtor(s) must file the Local Form Notice of IDR Payment Change noting the change in the monthly IDR plan payment.

Any Notice required to be given to the Federal Student Loan Holder under this Section must include the name(s) of the debtor(s) and the bankruptcy case number and Chapter 13 designation, must identify the Federal Student Loans, and must be served in accordance with the provisions in Section IV of the Court's Student Loan Program Procedures.

**B.    PRIVATE – Paid in the Chapter 13 Plan**    ☐None

+ Name of student who benefitted from the loan (if different than the Debtor) _____

Name of Private Student Lender: _____

Address: _____

Last 4 Digits of Account No.: _____

+ Payable _____ /month (Months ___ to ___ )

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**    ☒NONE

Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be ☐terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| + | | | |
| - | _____ | _____ | _____ ○Assume ○Reject |

**VIII. INCOME TAX RETURNS AND REFUNDS:**

☒Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their ☐filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th ☐during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX. NON-STANDARD PLAN PROVISIONS**    ☐NONE

LF-31 (rev. 04/01/22)    Page of

Debtor(s): **Rosslyn Brown**    Case number **26-10219**

Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Mortgage Modification Mediation

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    **5-5-26**                              Joint Debtor _____

Date                                                                    Date

_____    _____

Date

Attorney with permission to sign on
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.