# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  26-10219-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

ROSSLYN BROWN
XXX-XX-5642

DEBTOR_____/

### NOTICE OF CONTINUED CONFIRMATION HEARING

   **YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to <u>June 11, 2026</u> at <u>9:00 AM</u> at the United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 308, Fort Lauderdale, FL 33301.**

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 19th day of May, 2026.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.:  26-10219-BKC-SMG

<u>**SERVICE LIST**</u>

<u>**COPIES FURNISHED TO:**</u>

<u>**DEBTOR**</u>
ROSSLYN BROWN
10507 S.W 19TH STREET
MIRAMAR, FL  33025

**ROBIN  R.  WEINER** IS  HEREBY  DIRECTED  TO  MAIL  A  CONFORMED  COPY  OF  THIS  NOTICE  TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.