# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CASE NO.:  26-10219-BKC-SMG
PROCEEDING UNDER CHAPTER 13

IN RE:

ROSSLYN BROWN
XXX-XX-5642

DEBTOR_____/

## NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that a hearing will be held on <u>June 11, 2026</u> at <u>10:00 AM</u> at the United States Bankruptcy Court, United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 308, Fort Lauderdale, FL 33301 to consider:

Trustee's Objection to Exemptions (Court Docket #31)

The movant shall serve a copy of this notice and above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service with the court.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 20th day of May, 2026.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ROSSLYN BROWN
10507 S.W 19TH STREET
MIRAMAR, FL  33025

**ROBIN R. WEINER** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.