## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  26-10219-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

IN RE:

ROSSLYN BROWN
XXX-XX-5642

DEBTOR_____/

### NOTICE OF CONTINUED TRUSTEE'S MOTION TO DISMISS

**YOU ARE NOTIFIED that Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Dismiss has been continued to June 11, 2026 at 10:00 AM at the United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 308, Fort Lauderdale, FL 33301.**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Continuing Trustee's Motion to Dismiss was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of May, 2026.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.:  26-10219-BKC-SMG

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ROSSLYN BROWN
10507 S.W 19TH STREET
MIRAMAR, FL  33025

**ROBIN R. WEINER** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.