# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  26-10219-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

IN RE:

ROSSLYN BROWN
XXX-XX-5642

DEBTOR_____/

### CERTIFICATE OF SERVICE

### NOTICE OF CONTINUED CONFIRMATION HEARING (DE#69);
### NOTICE OF CONTINUED HEARING (DE#70) &
### NOTICE OF CONTINUED TRUSTEE'S MOTION TO DISMISS (DE#71)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleadings noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of May, 2026.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ROSSLYN BROWN
10507 S.W 19TH STREET
MIRAMAR, FL  33025

**ATTORNEY FOR DEBTOR**
PRO-SE

**CREDITOR(S)**
AVALON MASTER HOA
11784 SAMPLE RD.
CORAL SPRINGS, FL  33065

AVALON MASTER HOMEOWNER ASSOCIATION, INC.
C/O STEVEN & GOLDWYN, P.A.
150 S PINE ISLAND RD, #410
PLANTATION, FL  33324

AVALON MASTER HOMEOWNER ASSOCIATION, INC.
LEIDERMAN LAW, PLLC
2699 STIRLING ROAD, SUITE C401
FORT LAUDERDALE, FL  33312

AVALON MASTER, HOA
C/O PRISM COMMUNITY MANAGEMENT
P.O BOX 21181
TAMPA, FL  33622

CAPITAL ONE BANK (USA) N.A.
BY AMERICAN INFOSOURCE
4515 N SANTA FE AVE.
OKLAHOMA CITY, OK  73118

CAPITAL ONE BANK (USA) N.A.
C/O AMERICAN INFOSOURCE LP
POB 71083
CHARLOTTE, NC  28272

CAVALRY SPV I, LLC
POB 27288
TEMPE, AZ  85282

CAVALRY SPV I, LLC
POB 4252
GREENWICH, CT  06831-2200

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

QUANTUM 3 GROUP LLC
POB 788
KIRKLAND, WA  98083-0788

QUANTUM3 GROUP LLC
POB 2489
KIRKLAND, WA  98083

SELECT PORTFOLIO SERVICING
P.O. BOX 65250
SALT LAKE CITY, UT 84165
SALT LAKE CITY, UT

SELECT PORTFOLIO SERVICING INC.
POB 65250
CODE: MC 240
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING, INC.
POB 65450
SALT LAKE CITY, UT  84165-0450

U.S. BANK TRUST NATIONAL ASSOCIATION
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA  30004

U.S. BANK, N.A.
C/O SELECT PORTFOLIO SERVICING, INC.
POB 65450
SALT LAKE CITY, UT  84165