

**ORDERED in the Southern District of Florida on June 15, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 26-10219-BKC-SMG**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

ROSSLYN BROWN
XXX-XX-5642

DEBTOR_____/

**ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER 13 CASE**

   **THIS CAUSE** came to be heard on June 11, 2026 for confirmation of a proposed Chapter 13 Plan, and the based upon the record, it is

   **ORDERED:**

1. Confirmation of the Debtor's proposed Chapter 13 Plan is denied and this case is **DISMISSED WITHOUT PREJUDICE**.

ORDER DENYING CONFIRMATION AND DISMISSING CASE
CASE NO.:  26-10219-BKC-SMG

2. Any funds remaining in the possession of the Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Trustee for payment of any outstanding filing fees or other costs due to the Clerk of the Court with respect to the subject Chapter 13 proceeding.  The Trustee is authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement.  If the Trustee does not have sufficient funds available to pay the balance due on behalf of the Debtor, the Debtor shall forthwith pay directly to the Clerk of U.S. Bankruptcy Court any amount due and owing on said filing fees or other costs, as required by Local Rule 1017-2(E).

3. The Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by this Debtor if the refiling violates a prior order of the Court or if the petition is accompanied by an Application to Pay Filing and Administrative Fees in Installments and any filing fees remain due from any previous case filed by the Debtor.

4. All pending motions are denied as moot.

### 

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
ROSSLYN BROWN
10507 S.W 19TH STREET
MIRAMAR, FL  33025

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.